UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS ANDERSON<br>    Plaintiff | CIVIL ACTION NO.<br>3:02 CV1165(RNC)(JGM) |
| vs. | |
| DAVID BUDLONG, ET AL.<br>    Defendants | |
| FRANCIS ANDERSON<br>    Plaintiff | CIVIL ACTION NO.<br>3:02CV1181 (RNC)(JGM) |
| vs. | |
| EDWARD BLANCHETTE, ET AL.<br>    Defendants | OCTOBER 10, 2003 |

### MOTION FOR ENLARGEMENT OF TIME

The Pursuant to Rule 6(b) of the Local Rules of Civil Procedure, the Plaintiff Francis Anderson hereby moves for a 30 day extension of time, up to and including November 17, 2003, to file objections to the Magistrate Judge's Recommended Ruling dated September 29, 2003.

In support of this motion, the undersigned states that she needs additional time to discuss the Ruling with her client in order to formulate an appropriate response and, to the undersigned's knowledge, no party will be prejudiced by the granting of the requested

1

extension.

Counsel for the Plaintiff further states that she has contacted counsel for the Defendants, and he has no objection to the granting of this motion. This is the first such Motion filed by this Plaintiff.

PLAINTIFF

By:_____
KATHLEEN ELDERGILL    ct00024

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record this 10th day of October, 2003:

Michael Lanoue
Assistant Attorney General
Public Safety and Special Revenue
Mackenzie Hall
110 Sherman Street
Hartford, CT  06105

_____
Kathleen Eldergill

Anderson.Francis\MoExt10-03.pld

2