UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS ANDERSON<br>Plaintiff<br><br>vs.<br><br>DAVID BUDLONG, ET AL.<br>Defendants | CIVIL ACTION NO.<br>3:02 CV1165(RNC)(JGM) |
| FRANCIS ANDERSON<br>Plaintiff<br><br>vs.<br><br>EDWARD BLANCHETTE, ET AL.<br>Defendants | CIVIL ACTION NO.<br>3:02CV1181 (RNC)(JGM)<br><br><br>OCTOBER 10, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The Pursuant to Rule 6(b) of the Local Rules of Civil Procedure, the Plaintiff Francis Anderson hereby moves for a 30 day extension of time, up to and including November 17, 2003, to file objections to the Magistrate Judge's Recommended Ruling dated September 29, 2003.

In support of this motion, the undersigned states that she needs additional time to discuss the Ruling with her client in order to formulate an appropriate response and, to the undersigned's knowledge, no party will be prejudiced by the granting of the requested

1

LAW OFFICES
BECK AND ELDERGILL