UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CONSOLIDATED CASES
PRISONER

FRANCIS ANDERSON  :  CIVIL NO. 3:02CV1165 (RNC)(JGM)

v.  :

DAVID BUDLONG, ET AL.  :

-------------------------------------------------------

FRANCIS ANDERSON  :  CIVIL NO. 3:02CV1181 (RNC)(JGM)

v.  :

EDWARD BLANCHETTE, ET AL.  :  OCTOBER 17, 2003

**MOTION FOR ENLARGEMENT TO FILE
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 6(b) of Fed.R.Civ.P., the defendants in the above-entitled matters respectfully request an enlargement of time to file a Motion for Summary Judgment to twenty-one days following the Court's Ruling on the Magistrate Judge's Recommended Ruling dated September 29, 2003, for the following reasons:

1. The Court has not ruled on the Magistrate Judge's Recommended Ruling dated September 29, 2003;

2. The plaintiff seeks a specific form of medical treatment as his claim for relief in these cases;

3. The recommended ruling, if adopted, would determine many of the issues which would be the subject of defendants' summary judgment motion;

4. The plaintiff has requested further time to respond to the recommended ruling.

This is the defendants' second request for an enlargement of time to file a dispositive motion.

Plaintiff is proceeding pro se for all purposes other than the defendants' motion for reconsideration (for which the Court appointed Attorney, Kathleen Eldergill) and defendants' counsel has not, therefore, ascertained the plaintiff's position as to this request.

**WHEREFORE**, the defendants respectfully request this motion be granted.

        DEFENDANTS
        David Budlong, et al.
        Edward Blanchette, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Michael J. Lanoue
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Federal Bar #ct
        E-Mail: michael.lanoue@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this ~~17th~~ 20th day of October 2003:

Francis Anderson #139042
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

Kathleen Eldergill
447 Center Street
Manchester, CT 06040

_____
Michael J. Lanoue
Assistant Attorney General

3