UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CONSOLIDATED CASES
PRISONER

FRANCIS ANDERSON : CIVIL NO. 3:02CV1165 (RNC)(JGM)

v. :

DAVID BUDLONG, ET AL. :

---

FRANCIS ANDERSON : CIVIL NO. 3:02CV1181 (RNC)(JGM)

v. :

EDWARD BLANCHETTE, ET AL. : OCTOBER 17, 2003

## MOTION FOR ENLARGEMENT TO FILE
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 6(b) of Fed.R.Civ.P., the defendants in the above-entitled matters respectfully request an enlargement of time to file a Motion for Summary Judgment to twenty-one days following the Court's Ruling on the Magistrate Judge's Recommended Ruling dated September 29, 2003, for the following reasons:

1. The Court has not ruled on the Magistrate Judge's Recommended Ruling dated September 29, 2003;

2. The plaintiff seeks a specific form of medical treatment as his claim for relief in these cases;

3. The recommended ruling, if adopted, would determine many of the issues which would be the subject of defendants' summary judgment motion;

4. The plaintiff has requested further time to respond to the recommended ruling.

[Handwritten margin note: 10/22/03 – Granted. 3:02cv1165 end. /s/ Judge R.D.]