United States District Court District of Connecticut

Francis Anderson
v.
Edward Blanchette

3:02CV1185 (RNC)

RECEIVED
MAY 19 2003
CHAMBERS JOAN G. MARGOLIS
U.S. MAGISTRATE JUDGE
NEW HAVEN, CONNECTICUT

Francis Anderson
v.
David Budlong

3:02CV1165 (RNC)

May 13th 2003

FILED
Nov 13  4 38 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## "EMERGENCY" MOTION THAT DEFENDANTS ARE SHOWING RETALIATION.

The defendants Dr. EDWARD BLANCHETTE may not subject a prisoner who has been involved in a lawsuit against them to disciplinary action or DEPRIVE Him or her of access to programs for the sole reason that the prisoner has sued them.

See Colon V. Coughlin, 58 F.3d 865, 872 (2d Cir. 1995) Purcell V. Coughlin, 790 F.2d 263, 265 (2d Cir 1986)

Medical staff are still coming to the plaintiff cell after this incident giving mental health medication to the plaintiff, but not the medication that cost lots of money