95

FILED

FRANCIS ANDERSON
        v.
DAVID BUDLONG

2003 OCT 14 P 3:55

3:02CV1165(JGM)

FRANCIS ANDERSON
        v.
EDWARD BLANCHETTE

3:02CV1181(JGM)

OCTOBER 8th 2003

MOTION TO RECONSIDER
U.S. MAGISTRATE JUDGE
JOAN GLAZER MARGOLIS
        DECISION

The plaintiff is asking this court to reconsider, because the plaintiff would never receive mental health treatment at this institution, and the defendants MISLEAD the court into not giving the plaintiff medical treatment, and the court should have came up with a treatment plain for mental health and medical treatment, because United States District Judge ROBERT CHATIGNY order that I go to (CVH) mental facility (3:001CR265)(DJS) when I go home.

2/2/04 -- Denied.

FRANCIS ANDERSON