UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Jury Room 309

January 21, 2004

10:00 A.M.

*Held 11:00 12:50 PM 1 hr 50 min*

CASE NO. **3:02CV1165** (RNC) **Anderson v. Budlong**

Kathleen Eldergill                              Francis Anderson
Beck & Eldergill
447 Center St.
Manchester, CT 06040
860-646-5606
860-646-0054 (fax)
beckeldergill@aol.com

Francis Anderson
Inmate 139042
Northern Correctional Institution
287 Bilton Rd.
Somers, CT 06071

Michael J. Lanoue                               Bryan Castle
Attorney General's Office                       C. Malcolm
Public Safety & Special Revenue                 David Budlong
MacKenzie Hall, 110 Sherman St.                 Edward Blanchette
Hartford, CT 06105                              Glory J. Opirhory
860-808-5450                                    P. Wollenhaupt
860-808-5591 (fax)                              S. Katz-Feinberg
michael.lanoue@po.state.ct.us                   Clyde McDonald

Lynn D. Wittenbrink                             Clyde McDonald
Attorney General's Office                       David Budlong
110 Sherman St.                                 P. Wollenhaupt
Hartford, CT 06105
860-808-5450
860-808-5591 (fax)
lynn.wittenbrink@po.state.ct.us

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK