FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

ANDERSON

2004 JAN 23 P 2:59

v.   CIVIL CASE NO:

BUDLONG, et al

3:02CV1165(RNC)

NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Plaintiff__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

There two judgments in this civil case that need to heard.

2. The Judgment /Order in this action was entered on __unknown at this time.__
(date)

_____
Signature

__FRANCIS ANDERSON__
Print Name

__287 Bilton Rd__

__Somers, CT 06071__
Address

Date: __1-21-04__

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

rev. 7/02