Prisoner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x

FRANCIS ANDERSON          :     3:02 CV 1165(RNC)(JGM)

v.                        :

DAVID BUDLONG ET AL.      :     DATE: SEPT. 29, 2003

------------------------------------------------------x
------------------------------------------------------x

FRANCIS ANDERSON          :     3:02 CV 1181(RNC)(JGM)

v.                        :

EDWARD BLANCHETTE ET AL.  :     DATE: SEPT. 29, 2003

------------------------------------------------------x

### RECOMMENDED RULING ON PLAINTIFF'S "EMERGENCY" MOTION THAT DEFENDANTS STOPPED MEDICATION, ON PLAINTIFF'S "EMERGENCY" MOTION THAT DEFENDANT INTENTIONALLY STOPPED COURT ORDERED MEDICATION, ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND ON DEFENDANTS' MOTION TO RECONSIDER DECISION ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On July 9, 2002, plaintiff Francis Anderson, an inmate at the Northern Correctional Institution ["NCI"], commenced this lawsuit, pro se, in which he alleged that defendants were violating his Eighth Amendment rights in that they were deliberately denying or delaying access to medical treatment for his Hepatitis C. 3:02 CV 1165 (RNC)(JGM), Dkt. #1.[1] Between October 2, 2002 and March 5, 2003, plaintiff filed nineteen motions alleging that he was suffering irreparable harm at the hands of the defendants. (Dkts. ##6-9, 11, 14-20, 23, 26, 33-34, 39, 41, 46; see also Dkts. ##31, 42-45). On February 12, 2003, defendants filed their brief and affidavit in opposition. (Dkts. ##36-38). On March 10, 2003, Chief

---

[1] On July 8, 2002, plaintiff also filed 3:02 CV 1181 (RNC)(JGM), which Chief Judge Robert N. Chatigny consolidated with the lead case on September 5, 2002. 3:02 CV 1165, Dkt. #3.

---

February 25, 2004. After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered.

Robert N. Chatigny, U.S.D.J.

AO 72A
(Rev. 8/82)