# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** February 6, 2004      **TO:** Intake Clerk

**FROM:** Judith D. Fazekas

FILED
2004 FEB 25 P 1:39

**CASE TITLE:** Francis Anderson v. David Budlong, et al

**DOCKET NO.:** 3:02CV1165(RNC)

**NOTICE OF APPEAL:** filed: January 23, 2004

**APPEAL FROM:** final judgment: Unidentified

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties) Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid ____  Due ✓  N/A ____

IFP revoked ____      Application Attached ____

IFP pending before district judge ___

**COUNSEL:** CJA ____      Retained ____      Pro Se ✓

**TIME STATUS:** Timely ____  Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____  Denied ____

**COA:** Granted ____  Denied ____

**COMMENTS AND CORRECTIONS:**
Unable to determine if Appeal is timely

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Harden_ DATE: 02/19/04
DEPUTY CLERK, USCA