UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | | **CONSOLIDATED CASES** |
| | | PRISONER |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| v. | : | |
| DAVID BUDLONG, ET AL. | : | |
| -------------------------------------------------------- | | |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| v. | : | |
| EDWARD BLANCHETTE, ET AL. | : | MARCH 19, 2004 |

### MOTION FOR ENLARGEMENT TO FILE
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 6(b) of Fed.R.Civ.P., the defendants in the above-entitled matters respectfully request, nunc pro tunc, an enlargement of time to April 1, 2004, to file their motion for summary judgment. This request is made for the following reasons:

1. Defendants' counsel's other litigation responsibilities;

2. Defendants' counsel's unanticipated absences from work.

This is the defendants' third request for an enlargement of time to file a dispositive motion.

Plaintiff is proceeding pro se for all purposes other than the defendants' motion for reconsideration (for which the Court appointed Attorney, Kathleen Eldergill) and defendants' counsel has not, therefore, ascertained the plaintiff's position as to this request.

**WHEREFORE**, the defendants respectfully request this motion be granted.

        DEFENDANTS
David Budlong, et al.
Edward Blanchette, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of March 2004:

Francis Anderson #139042
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071


_____/s/_____
Michael J. Lanoue
Assistant Attorney General