UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 29  3 59 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| FRANCIS ANDERSON | |
| v. | PRISONER<br>CASE NO. 3:02CV1165 (RNC)(JGM) |
| DAVID BUDLONG, et al. | |

consolidated with

| | |
|---|---|
| FRANCIS ANDERSON | |
| v. | PRISONER<br>CASE NO. 3:02CV1181 (RNC)(JGM) |
| EDWARD BLANCHETTE, et al. | |

## RULING AND ORDER

Defendants seek an extension of time until April 1, 2004, to file their motion for summary judgment. Plaintiff has filed a notice of appeal regarding two unspecified judgments. Until the court of appeals rules, this court is unable to consider a motion for summary judgment.

Defendants' motion [**dkt. #105**] is **GRANTED**. Defendants shall file their motion within **thirty (30)** days from the date of the Court of Appeals' ruling.

**SO ORDERED** this 27th day of March, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE