

| | Cassandra Warren/CTD/02/USCOURTS 07/14/2004 12:11 PM | To | Judy Fazekas/CTD/02/USCOURTS@USCOURTS |
|---|---|---|---|
| | | cc | |
| | | bcc | |
| | | Subject | Fw: Record Request for Anderson v Budlong 02-cv-1165 |

----- Forwarded by Cassandra Warren/CTD/02/USCOURTS on 07/14/2004 12:08 PM -----



| | Vincenza Mathias/CA02/02/USCOURTS 07/14/2004 11:36 AM | To | Cassandra Warren/CTD/02/USCOURTS@USCOURTS |
|---|---|---|---|
| | | cc | |
| | | Subject | Record Request for Anderson v Budlong 02-cv-1165 |

Hi Cassandra,

I'm requesting the above record. The Court of Appeals number is 04-0112. Please send it to my attention as soon as possible.

Thank You
Vincenza