UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  |  | **CONSOLIDATED CASES** |
|  |  | PRISONER |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| v. | : |  |
| DAVID BUDLONG, ET AL. | : |  |
| -------------------------------------------------------- |  |  |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| v. | : |  |
| EDWARD BLANCHETTE, ET AL. | : | SEPTEMBER 17, 2004 |

**MOTION FOR ENLARGEMENT TO FILE**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 6(b) of Fed.R.Civ.P., the defendants in the above-entitled matters respectfully request a 21-day enlargement of time to October 13, 2004, to file their motion for summary judgment for the reason that defense counsel has been involved in other litigation responsibilities and because of summer vacations.

This is the defendants' first request for an enlargement of time to file their summary judgment motion after the return of this case from the Second Circuit Court of Appeals.

Plaintiff is proceeding pro se and defendants' counsel has not, therefore, ascertained the plaintiff's position as to this request.

**WHEREFORE**, the defendants respectfully request this motion be granted.

                            DEFENDANTS
                            David Budlong, et al.
                            Edward Blanchette, et al.

                            RICHARD BLUMENTHAL
                            ATTORNEY GENERAL

BY:_____/s/_____
      Michael J. Lanoue
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct
      E-Mail:  michael.lanoue@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of September 2004:

Francis Anderson #139042
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____/s/_____
Michael J. Lanoue
Assistant Attorney General