# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of August two thousand and four,

Present:
    Hon. José A. Cabranes,
    Hon. Rosemary S. Pooler,
    Hon. Robert D. Sack,
        *Circuit Judges.*

Francis Anderson,

        Plaintiff-Appellant,

v.                                                            04-0112-pr

David Budlong, *et al.*,

        Defendants-Appellees.

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal, because the notice of appeal is untimely pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure. Therefore, it is ORDERED that the appeal is DISMISSED and the pending motions, requesting (1) *in forma pauperis* status and (2) the "overturn[ing]" of the magistrate judge's "request," are denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

AUG 23 2004

A TRUE COPY
ROSEANN B. MacKECHNIE, Clerk

ISSUED AS MANDATE: SEP 17 2004

