UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 5   3 07 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

FRANCIS ANDERSON                    :

v.                                  :          PRISONER
                                               CASE NO. 3:02CV1165 (RNC)(JGM)
DAVID BUDLONG, et al.               :


                                        consolidated with


FRANCIS ANDERSON                    :

                                    :          PRISONER
v.                                  :          CASE NO. 3:02CV1181 (RNC)(JGM)

                                    :
EDWARD BLANCHETTE, et al.           :


                          RULING AND ORDER

       Defendants seek an extension of time until October 13, 2004, to file their motion

for summary judgment.  On March 29, 2004, the court ordered defendants to file their

motion for summary judgment within thirty days from the date of the Court of Appeals'

ruling.  The mandate was issued on September 17, 2004.  Thus, defendants are not

required to file their motion for summary judgment until October 18, 2004.[1]

       Defendants' motion [**dkt. #109**] is **DENIED** as moot.  Defendants shall file their

motion for summary judgment on or before **October 18, 2004**.

       **SO ORDERED** this ___5th___ day of October, 2004, at New Haven, Connecticut.


                                   _____
                                   JOAN G. MARGOLIS
                                   UNITED STATES MAGISTRATE JUDGE


_____

       [1]October 17, 2004, the thirtieth day, is a Sunday.  Thus, the motion must be filed
on the next business day.  See Rule 6(a), Fed. R. Civ. P.