## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | CONSOLIDATED CASES |
|  |  | PRISONER |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| v. | : |  |
| DAVID BUDLONG, ET AL. | : |  |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| v. | : |  |
| EDWARD BLANCHETTE, ET AL. | : | OCTOBER 15, 2004 |

### MOTION FOR SUMMARY JUDGMENT

The defendants move for Summary Judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure and for the reasons stated in their Memorandum of Law in Support of their Motion For Summary Judgment.

The defendants rely on the enclosed Affidavit and all Exhibits and evidence submitted at the evidentiary hearing held by this Court on August 28, 2003.

> DEFENDANTS,
> David Budlong, et al.
> Edward Blanchette, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:_____/s/_____
> Michael J. Lanoue
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar No. ct05195
> Telephone No.: (860) 808-5450
> Fax No: (860) 808-5591
> E-mail:  michael.lanoue@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 15th day of October, 2004:

Francis Anderson, Inmate No. 139042
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

_____/s/_____
Michael J. Lanoue
Assistant Attorney General