UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| FRANCIS ANDERSON | : | **CONSOLIDATED CASES**<br>PRISONER<br>CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| v. | : | |
| DAVID BUDLONG, ET AL. | : | |
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| v. | : | |
| EDWARD BLANCHETTE, ET AL. | : | OCTOBER 14, 2004 |

### AFFIDAVIT OF EDWARD BLANCHETTE, M.D.

I, Edward Blanchette, being duly sworn hereby depose and say:

1. I adopt my previous affidavit filed in this case as well as my testimony before the Honorable Magistrate Judge Margolis on August 28, 2003.

2. I am aware that the plaintiff has made some recent progress in his behavior from my discussions with mental health staff at the Northern Correctional Institution, but I am not convinced this is an appropriate time to begin treatment with Pegylated Interferon and Ribavirin.

3. The plaintiff has a release date in early April 2005.

4. The Hepatitis C treatment involving Pegylated Interferon and Ribavirin is a 48-week treatment which requires complete patient compliance not only to be successful, but to avail potentially serious consequences, including developing an immunity to the treatment.

5. It is not possible to start and complete the above treatment plan prior to the expiration of Mr. Anderson's sentence.

6. As a result of not being able to complete and monitor the completion of the treatment, it would be clearly against my medical judgment and opinion to begin treatment now or prior to the completion of Mr. Anderson's sentence.

7. I have discussed the above situation with the other physicians who serve on the Hepatitis C Utilization Board and they are in agreement with me.

8. Failure to begin Pegylated Interferon and Ribavirin under these circumstances is entirely consistent with CDC and NIH guidelines as well as appropriate care under the community standard of care for persons such as Mr. Anderson.

I have read the foregoing and it is true to the best of my knowledge and belief.

_____
Edward A. Blanchette, M.D.

Subscribed and sworn to before me this 14th day of October 2004.

_____
Commissioner of the Superior Court