United States District Court District of Conn

FRANCIS ANDERSON
    v.                                 3:02CV1165 (RNC)
DAVID BUDLONG, ET AL        (JGM)

FRANCIS ANDERSON
    v.                                 3:02CV1181
EDWARD BLANCHETTE, ET AL    (RNC) (JGM)

## MOTION RESPONSE TO SUMMARY JUDGMENT

The plaintiff, FRANCIS ANDERSON is presently incarcerated at the northern correctional institution. He alleges the defendants are denying him medical treatment in violation of the eight amendment. Plaintiff seeks an order requiring the defendants restart his treatment.

## CONCLUSION

The defendants and magistrate JOAN MARGOLIS said ~~compromised~~ on paper that they will restart plaintiff treatment after he receive mental health treatment

Francis Anderson

## Certification

I hereby certify that a copy of the foregoing was mailed to

Michael Lanoue
110 sherman street
Hartford, Ct 06105

Francis Anderson
# 139042
287 Bilton, Rd
somers, Ct 06071
v. CT