**RELEASE**

FILED
2005 JAN 13 P 2: 14
U.S. DISTRICT COURT
NEW HAVEN, CT

KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, that Francis Anderson, does on behalf of himself, his successors and assigns, for and in consideration of the sum of One Thousand Five Hundred dollars ($1,500.00) paid by the State of Connecticut and transfer of plaintiff to Whiting Forensic Institute for evaluation and treatment, herewith releases and forever discharges, the State of Connecticut, the State of Connecticut Department of Correction and its agents, officials or employees, Attorney General Blumenthal and his agents or employees, Theresa Lantz, Daniel Bannish, Mary Johnson, Wayne Choinski, Esther Torres, Edward Blanchette, Bryan Castle, S. Katz-Feinberg, P. Wollenhaupt, Glory Opirhory, Cheryl Malcolm, David Budlong, Clyde McDonald, David Budlong, Clyde McDonald, Dennis Jones, Lt. Casey, Lt. Garguilo, M. Lyman, R. Digennaro, Brian Murphy, C/O Reynolds, and any and all defendants named by Francis Anderson in any action brought by Francis Anderson against the state of Connecticut, employees, agents, officials which is pending on this date, and all other present or former officers, agents and employees of the State of Connecticut, and the State of Connecticut itself, from all actions, causes of actions, suits, claims, controversies, damages and demands of every nature and name, in law or in equity, including attorneys' fees and costs, which Francis Anderson, his successors and assigns, ever had, now has or hereafter can, shall or may have, including but not limited to the following matters:

Anderson v. Budlong, 3:02CV1165 (RNC)(JGM)

Anderson v. Blanchette, 3:02CV1181 (RNC)(JGM)

Anderson v. Jones, 3:04CV759 (RNC)(JGM)

Anderson v. Murphy, 3:04CV1427 (RNC)(JGM)

Anderson v Lantz, 3:03CV1702 (RNC)(JGM)

DMHAS shall control how long plaintiff stays at Whiting

IN WITNESS WHEREOF, Francis Anderson, does hereby set his hand this _13_ day of January, 2005.

_____
Francis Anderson

Subscribed and sworn to, before me, this __13__ day of January, 2005.

_____
Notary Public/Commissioner of the Superior Court

2