FILED
2005 JAN 13 P 2: 14
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:03CV1702 (RNC)(JGM) |
| v. | : | |
| THERESA LANTZ, ET AL. | : | JANUARY 13, 2005 |

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1165 (RNC)(JGM) |
| v. | : | |
| DAVID BUDLONG, ET AL. | : | JANUARY 13, 2005 |

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:02CV1181 (RNC)(JGM) |
| v. | : | |
| EDWARD BLANCHETTE, ET AL. | | JANUARY 13, 2005 |

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV759 (RNC)(JGM) |
| v. | : | |
| DENNIS JONES, ET AL. | | JANUARY 13, 2005 |

| | | |
|---|---|---|
| FRANCIS ANDERSON | : | CIVIL NO. 3:04CV1427 (RNC)(JGM) |
| v. | : | |
| BRIAN MURPHY, ET AL. | | JANUARY 13, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above

January 20, 2005. Approved. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2005 JAN 20 A 11: 29
U.S. DISTRICT COURT
HARTFORD, CT